1  
2  District Judge James L. Robart  
Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE  
WESTERN DISTRICT OF WASHINGTON  
AT SEATTLE

| | |
|---|---|
| VU THANH TRAN,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>PAMELA BONDI, *et al.*,<br><br>　　　　　Respondents. | Case No. 2:25-cv-01897-JLR-BAT<br><br>**STIPULATED MOTION TO SET BRIEFING SCHEDULE**<br><br>Noted for Consideration:<br>October 22, 2025 |

Petitioner Vu Thanh Tran and Federal Respondents, in order to improve efficiency for both the Parties and the Court on Mr. Tran's pending Motion for Preliminary Injunction and Petition for Writ of Habeas Corpus, hereby stipulate to a briefing schedule as follows. A comparable Order was recently issued in *Tran v. Scott*, 2:25-cv-01886-TMC-BAT (Dkt. 8).

### I.　　　STATEMENT OF FACTS

Mr. Tran filed a Petition for Writ of Habeas Corpus on October 1, 2025 (Dkt. 1). He filed a Motion for Preliminary Injunction on that same date (Dkt. 3). On October 2, 2025, this Court referred the preliminary injunction motion to the Hon. Brian A. Tsuchida. On October 7, 2025, Judge Tsuchida appointed the Federal Public Defender to represent Mr. Tran (Dkt. 6). To date, the Court has not ordered Respondents to file a return to Mr. Tran's petition.

STIPULATED MOTION TO SET BRIEFING SCHEDULE  
[Case No. 2:25-cv-01897-JLR-BAT] - 1

UNITED STATES ATTORNEY  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970

As matters currently stand, Respondents' response to Mr. Tran's preliminary injunction motion would be due October 22, 2025, and Judge Tsuchida would issue a Report and Recommendation, after which there would be an opportunity for objection and response. Respondents would also need to file a return to Mr. Tran's petition on a schedule to be set by the Court, which would generate a second R&R with another round of objections and responses.

## I.     STIPULATED MOTION

To avoid multiple rounds of briefing on each of the petition and the motion, the parties stipulate to the following:

Petitioner will withdraw his motion for a preliminary injunction.

Federal Respondents will file a response to the habeas petition no later than October 27, 2025. Any arguments that the petition should be dismissed shall be made in the response and not by separate motion.

Petitioner will file a reply no later than November 3, 2025.

The Court will note the habeas petition for November 3, 2025.

The parties further request that the Court terminate the referral to Magistrate Judge Tsuchida, in order to expedite a final ruling by the Court.

//

//

STIPULATED MOTION TO SET BRIEFING SCHEDULE
[Case No. 2:25-cv-01897-JLR-BAT] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 22nd day of October, 2025.

Respectfully submitted,

CHARLES NEIL FLOYD
United States Attorney

*s/ Sean M. Arenson*
SEAN M. ARENSON, WSBA No. 60465
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4067
Email: sean.arenson@usdoj.gov

*Attorneys for Federal Respondents*

*s/ Rebecca Fish*
Rebecca Fish, WSBA No. 57488
Staff Attorney
Federal Public Defender
1331 Broadway, Ste 400
Tacoma, WA 98402
Phone: 253-593-6710
E-mail: Becky_Fish@fd.org

*Attorney for Petitioner*

I certify that this memorandum contains 323 words, in compliance with the Local Civil Rules.

STIPULATED MOTION TO SET BRIEFING SCHEDULE
[Case No. 2:25-cv-01897-JLR-BAT] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, it is hereby ORDERED that the following briefing schedule shall be entered:

Federal Respondents shall file a response to the habeas petition no later than October 27, 2025. Any arguments that the petition should be dismissed shall be made in the response and not by separate motion.

Petitioner will file a reply no later than November 3, 2025.

The Court will note the habeas petition for November 3, 2025.

Because this Court will address the expedited habeas petition, the Court terminates the referral to Magistrate Judge Brian A. Tsuchida.

IT IS SO ORDERED.

DATED this ___27th___ day of _____October_____, 2025.

_____
JAMES L. ROBART
United States District Judge

Recommended for entry this _____ day of _____, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

STIPULATED MOTION TO SET BRIEFING SCHEDULE
[Case No. 2:25-cv-01897-JLR-BAT] - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970