THE HONORABLE JAMES L. ROBART

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VU THANH TRAN,                              ) No. CV25-1897-JLR-BAT
                                            )
        Petitioner,                         ) ORDER GRANTING VU THANH
                                            ) TRAN'S MOTION TO WITHDRAW
        vs.                                 ) PREVIOUSLY FILED MOTION FOR
                                            ) PRELIMINARY INJUNCTION
PAMELA BONDI, Attorney General of the       ) [DKT. 03]
United States; KRISTI NOEM, Secretary,      )
United States Department of Homeland        )
Security; CAMMILLA WAMSLEY, Seattle         )
Field Office Director, United States        )
Citizenship and Immigration Services;       )
BRUCE SCOTT, Warden of Immigration          )
Detention Facility; and the United States   )
Immigration and Customs Enforcement,        )
                                            )
        Respondents.                        )
                                            )
                                            )

        The Court has considered Vu Thanh Tran's motion to withdraw his motion for

preliminary injunction at dkt. # 03, and the records in this case.

        It is ORDERED that the motion is granted. Vu Thanh Tran's Motion for

Preliminary Injunction filed October 1, 2025 at dkt. # 03, is WITHDRAWN and will

not be considered by the Court.

        DONE this  27th  day of October 2025.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO WITHDRAW MOTION
FOR PRELIMINARY INJUNCTION
(*Tran v. Bondi, et. al.*; CV25-1897 ) - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

1  Presented by:

2  s/ *Rebecca Fish*
   Assistant Federal Public Defender
3  Attorney for Vu Thanh Tran

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION TO WITHDRAW MOTION
FOR PRELIMINARY INJUNCTION
(*Tran v. Bondi, et. al.*; CV25-1897 ) - 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**