THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VU THANH TRAN, <br><br> Petitioner, <br><br> v. <br><br> PAMELA BONDI, Attorney General of the United States; *et al.*, <br><br> Respondents. | No. CV25-1897-JLR <br><br> ~~(PROPOSED)~~ ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS |

Petitioner Vu Thanh Tran's petition for writ of habeas corpus (Dkt. 1) is GRANTED. Respondents shall immediately release Petitioner from detention on reasonable conditions of supervision as set forth in the December 28, 2009 Order of Supervision issued by the U.S. Department of Justice, to which he remains subject.

DONE this  10th   day of November 2025.

_____
JAMES L. ROBERT
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Rebecca Fish*
Attorney for Vu Tran

ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS
(*Tran v. Bondi, et.al.*, CV25-1897 JLR) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100