# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| VU THANH TRAN, | JUDGMENT IN A CIVIL CASE |
|         Petitioner, | |
|   v. | CASE NO. C25-01897-JLR |
| PAMELA BONDI, et al., | |
|         Respondents. | |

___    **Jury Verdict**.  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court**.  This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Petitioner Vu Thanh Tran's petition for writ of habeas corpus (Dkt. # 1) is GRANTED.

Filed this  12th  day of November, 2025.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk